# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AIMEE O'NEIL,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF NEW YORK,<br><br>    Defendant | Case No.: 2:20-cv-00941-APG-DJA<br><br>**Order Accepting Report and Recommendation and Closing Case**<br><br>[ECF Nos. 1, 3] |

On May 28, 2020, Magistrate Judge Albregts recommended that I dismiss this case for lack of subject matter jurisdiction and deny plaintiff Aimee O'Neil's application to proceed in forma pauperis as moot. ECF No. 3.  O'Neil did not file an objection.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation **(ECF No. 3) is accepted**, plaintiff Aimee O'Neil's application to proceed in forma pauperis **(ECF No. 1) is DENIED as moot**, and this action is dismissed without prejudice for lack of subject matter jurisdiction.  The clerk of court is instructed to close this case.

DATED this 22nd day of June, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE